May 22, 2018



# JUDGMENT

## The Fourteenth Court of Appeals

### JESUS JAVIER IBARRA, Appellant

NO. 14-18-00200-CV           V.

### CITYWIDE ATM, INC. D.B.A CITYWIDE ATM, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 23, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jesus Javier Ibarra.

We further order this decision certified below for observance.